# ELECTRONIC RECORD

675-15  676-15
677-15  678-15

COA # 03-13-00206-CR      OFFENSE: 22.021

STYLE: Rodolfo Cisneros v. The State of Texas      COUNTY: Hays

COA DISPOSITION: Modified and, as Modified, Affirmed      TRIAL COURT: 428th District Court

DATE: 3/12/15      Publish: NO      TC CASE #: CR-12-0432

## IN THE COURT OF CRIMINAL APPEALS

675-15  676-15
677-15  678-15

STYLE: Rodolfo Cisneros v. The State of Texas      CCA #: 

_____APPELLANT'S_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____refused_____      JUDGE: _____

DATE: July 29, 2015      SIGNED: _____      PC: _____

JUDGE: PC; Harvey J. not participating      PUBLISH: _____      DNP: _____

-----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**